# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ANGELA PARRISH, | : | Case No. 1:24-cv-227 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| ROTO-ROOTER SERVICES COMPANY, | : | |
| Defendant. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 13)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 13), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, Defendant's Motion to Dismiss (Doc. 7) is **GRANTED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND